UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO:

WILLIAM SHAD AND VICTORIA SHAD-GAL Individually, and as Parents and Next Friends of ALINA SHAD AND FELIX SHAD,
        Plaintiffs,

v.

GENESIS GENETICS INSTITUTE, L.L.C. and MARK R. HUGHES, M.D., Ph.D.,
        Defendants.

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

    Pursuant to 28 U.S.C. § 1446(a), the defendants, Genesis Genetics Institute, LLC, and Mark R. Hughes, M.D., Ph.D., hereby invoke this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1332 and 1441(a) and state the following grounds for removal:

1. On October 3, 2014, the plaintiffs filed an action in Middlesex Superior Court, styled and captioned as above and assigned Civil Action No. MICV2014-07749, alleging negligence against the defendants.

2. Service upon the defendants of the Summons, Complaint, and Statement of Damages was completed on or about January 5, 2015.

3. The Summons, Complaint, and Civil Action Cover Sheet constitute all process, pleadings, and orders served on the defendant in this action to date. Copies of the Summons, Complaint, and Civil Action Cover Sheet are attached hereto as Exhibits A, B, and C respectively.

4. Having been filed within 30 days of service of the Summons and Complaint upon the defendants, this Notice of Removal to the United States District Court has been filed in a timely manner pursuant to the provisions of 28 U.S.C. § 1446(b).  See <u>Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344, 347-48 (1999).

5. The defendants will promptly provide written notice, as required by 28 U.S.C. § 1446(d), to the adverse parties and the clerk of the state court in which this case was initially filed.

6. Jurisdiction exists over this removed action, pursuant to 28 U.S.C. § 1441, because this action could originally have been filed in this Court, pursuant to 28 U.S.C. § 1332(a)(3), on the basis that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000:

   a. The defendant, Genesis Genetics Institute, LLC, is a limited liability company organized and existing under the laws of the State of Michigan, with its principal place of business in Detroit, Michigan.

   b. The defendant, Mark R. Hughes, M.D., Ph.D., is a natural person who resides in Grosse Pointe, Michigan.

   c. Based on the Complaint, the plaintiffs are residents of Chestnut Hill, Massachusetts.

   d. Based on the statement of damages contained within the Civil Action Cover Sheet, which was filed with the complaint in Middlesex Superior Court, the minor plaintiff twins were born with a genetic defect that causes physical deformity, cognitive impairment, and other conditions that will require a lifetime of medical care and other support.  Documented and anticipated damages are said to exceed $75,000.00.  A copy of the plaintiff's Civil Action Cover Sheet is attached as

3

Exhibit C.  The defendants contend that, based upon the representations made in the Civil Action Cover Sheet and the severity of the injuries alleged in the Complaint (Exhibit B at ¶¶ 18-19), there is a "reasonable probability" that the amount of controversy exceeds $75,000.00.  <u>Huston v. FLS Language Centres</u>, No. 13-13158-FDS, 2014 WL757681, *21 (Feb. 21, 2014) (quoting <u>Amoche v. Guarantee Trust Life Ins. Co.</u>, 556 F.3d 41, 48-49 (1st. Cir. 2009)).

7. Pursuant to 28 U.S.C. §§ 101 and 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal of the state court action which was commenced in Middlesex Superior Court.

WHEREFORE, the defendants request that the action pending in Middlesex Superior Court be removed therefrom to this Court and proceed as an action properly so removed.

    Respectfully submitted,

    The Defendants,
    Genesis Genetics Institute, LLC, and
    Mark R. Hughes, MD, PhD,
    By their Attorneys,

    /s/ *William Joseph Flanagan*

    _____
    William Joseph Flanagan, BBO#556598
    Curtis L.S. Carpenter, BBO#657358
    **MORRISON MAHONEY LLP**
    250 Summer Street
    Boston, MA  02210 (617) 439-7500

1179662v1

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 14, 2015.

/s/ *William Joseph Flanagan*

_____

William Joseph Flanagan, BBO No. 556598