

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. MICV2014-07749-C

MIDDLESEX , ss



WILLIAM SHAD AND VIKTORIA SHAD-GAL, Individually and as Parents and Next Friends of ALINA SHAD AND FELIX SHAD , Plaintiff(s)

v.

GENESIS GENETICS INSTITUTE, L.L.C. and MARK R. HUGHES, M.D., Ph.D. , Defendant(s)

## SUMMONS

To the above-named Defendant: Mark R. Hughes, M.D.

You are hereby summoned and required to serve upon Peter J. Ainsworth, Esq., MEEHAN, BOYLE, BLACK & BOGDANOW, P.C. plaintiff's attorney, whose address is Two Center Plaza, Suite 600, Boston, MA, 02108 , an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Woburn, Massachusetts either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at Boston, Massachusetts the 10th day of December , in the year of our Lord 2014 .

................................................
Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defence, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ..................................................................................................
20.........., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

................................................................................................................................................
................................................................................................................................................
................................................................................................................................................
................................................................................................

Dated: ............................................................................................., 20..........

**N.B. TO PROCESS SERVER:**
    **PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

( _____ )
( ................................, 20.......... )
( _____ )

COMMONWEALTH OF MASSACHUSETTS
MIDDLESEX......., ss.
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION
No. MICV2014-07749-C

WILLIAM SHAD AND VIKTORIA SHAD-GAL, Individually and as Parents and Next Friends of ALINA SHAD AND FELIX..., Plff. SHAD
v.
GENESIS GENETICS INSTITUTE, L.L.C., and MARK R. HUGHES, M.D., Ph.D...., Deft.

SUMMONS
(Mass. R. Civ. P. 4)