

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: Middlesex |
|---|---|---|
| PLAINTIFF(S): William Shad and Viktoria Shad-Gal, Individually, and as Parents and Next Friends of Alina Shad and Felix Shad | | DEFENDANT(S): Genisis Genetics Institute, L.L.C., and Mark R. Hughes, M.D., Ph.D. |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE: Peter J. Ainsworth, Esq. Meehan, Boyle, Black & Bogdanow, P.C. Two Center Plaza, Suite 600, Boston, MA 02108 Board of Bar Overseers number: 658704 | | ATTORNEY (if known) |

### Origin code and track designation

Place an x in one box only:

[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231, s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 & 104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P.60) (X)
[ ] 6. E10 Summary Process Appeal(X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B07 | Malpractice - Other | ( A ) | ( X ) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital..................................................................in excess of.....  $ 25,000.00
2. Total doctor expenses....................................................................  $
3. Total chiropractic expenses...........................................................  $
4. Total physical therapy expenses....................................................  $
5. Total other expenses (describe)....................................................  $
   Subtotal  $

B. Documented lost wages and compensation to date.................................  $
C. Documented property damages to date.................................................  $
D. Reasonably anticipated future medical and hospital expenses.......in excess of....  $ 25,000.00
E. Reasonably anticipated lost wages...............................................in excess of.....  $ 25,000.00
F. Other documented items of damages (describe)......................................  $

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

As a result of the Defendants' negligence, the minor plaintiff twins were both born with a genetic defect that causes physical deformity, cognitive impairment, and other conditions that will require a lifetime of medical care and other supports.

TOTAL $ in excess of 75,000.00

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

None

TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide clients with information about court-connected dispute resolution services and discuss with then the advantages and disadvantages of the various methods

Signature of Attorney of Record _____   DATE: 10/03/2014

AOTC-6 mtc005-11/99      A.O.S.C. 1-2000

## Commonwealth of Massachusetts
### County of Middlesex
### The Superior Court

CIVIL DOCKET # MICV2014-07749-C
Courtroom Civil C - Ct Rm 610 - 200 TradeCenter, Woburn

RE: Shad, Individually And As Parent And Next Friend Of Alina Shad et al v Genesis Genetics Institute, L.L.C. et al

TO: Peter J Ainsworth, Esquire
Meehan, Boyle, Black & Bogdanow
Two Center Plaza, Ste 600
Boston, MA 02108-1922

### SCHEDULING ORDER FOR A TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue by **09/17/2017**

### STAGES OF LITIGATION — DEADLINES

|  | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | 01/01/2015 | 01/01/2015 |  |
| Response to the complaint filed (also see MRCP 12) |  | 01/31/2015 |  |
| All motions under MRCP 12, 19, and 20 | 01/31/2015 | 03/02/2015 | 04/01/2015 |
| All motions under MRCP 15 | 11/27/2015 | 12/27/2015 | 12/27/2015 |
| All discovery requests and depositions served and non-expert depositions completed | 09/22/2016 |  |  |
| All motions under MRCP 56 | 10/22/2016 | 11/21/2016 |  |
| Final pre-trial conference held and/or firm trial date set |  |  | 03/21/2017 |
| Case shall be resolved and judgment shall issue by **09/17/2017** |  |  | 09/17/2017 |

- The final pre-trial deadline is <u>not the scheduled date of the conference</u>.
- You will be notified of that date at a later time.
- Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

Dated: 10/07/2014

Telephone: 781-939-2757

Michael A. Sullivan
Clerk of the Court