UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William Shad, et al )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Genesis Genetics Institute, L.L.C. )<br>)<br>Defendant. ) | Civil Action No.<br>1: 15-cv-10083- LTS |

## 30 DAY SETTLEMENT ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, J

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 45 days if settlement is not consummated.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel